# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ALEJANDRO TOLEDO MANRIQUE, <br> Defendant. | **Case No.:** CR 19–71055 TSH <br><br> **[PROPOSED]** ORDER MODIFYING RELEASE CONDITIONS <br><br> **Court:** Courtroom A, 15th Floor |

Having considered the Unopposed Application for Modification of Release Conditions, IT IS ORDERED that Alejandro Toledo Manrique's conditions of release are modified to permit him to leave home for a period of four hours per day, on a schedule determined by Pretrial Services.

All other conditions of release remain in effect.

IT IS SO ORDERED.

Dated:   8/28/2020

THOMAS S. HIXSON
United States Magistrate Judge