UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF ALEJANDRO TOLEDO MANRIQUE | Case No. 19-mj-71055-MAG-1 (TSH)<br><br>**ORDER REQUIRING RESPONSE**<br><br>Re: Dkt. No. 189 |

The United States has moved to revoke Alejandro Toledo's bail. ECF No. 189. The Court orders Toledo to file a response no later than October 15, 2021. The government may file a reply no later than October 22, 2021.

**IT IS SO ORDERED.**

Dated: October 1, 2021

THOMAS S. HIXSON
United States Magistrate Judge