GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
GRAHAM E. ARCHER
MARA S. GOLDMAN
Assistant Federal Public Defenders
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:    (510) 637-3500
Facsimile:     (510) 637-3507
Email:          Graham_Archer@fd.org

Counsel for Alejandro Toledo Manrique

**FILED**

Oct 25 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In Re The<br><br>Extradition of Alejandro Toledo Manrique | Case No.: MJ 19-71055 TSH<br><br>APPLICATION AND [~~PROPOSED~~] ORDER TO FILE MEDICAL RECORDS DECLARATION (EXHIBIT C) UNDER SEAL |
|---|---|

    Defendant, by and through his counsel, Assistant Federal Public Defender Graham E. Archer, hereby move the Court to permit him to file Exhibit C and attachments under seal, as they contain sensitive personal medical information.

    This Exhibit will be served on the government along with the accompanying attachments.

    Should the Court decline to file these materials under seal, Dr. Toledo respectfully requests that the enclosed materials be returned to his counsel without being publicly filed.  Dr. Toledo does not seek to file this application or the proposed order under seal.

    For the reasons set forth above, Dr. Toledo respectfully requests that the Court file Exhibit C and attachments under seal.

| | |
|---|---|
| Dated:   October 15, 2021 | Respectfully submitted,<br><br>GEOFFREY HANSEN<br>Acting Federal Public Defender<br>Northern District of California<br><br>/S/ Graham E. Archer<br>GRAHAM E. ARCHER<br>MARA S. GOLDMAN<br>Assistant Federal Public Defenders |

APPLICATION AND [PROPOSED] ORD. TO FILE
EXHIBIT UNDER SEAL *TOLEDO*, MJ 19–71055 TSH

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE THE EXTRADITION OF<br><br>ALEJANDRO TOLEDO | Case No.: CR 19–71055 TSH<br><br>[~~PROPOSED~~] ORDER APPLICATION AND [PROPOSED] ORDER TO FILE MEDICAL RECORDS DECLARATION (EXHIBIT C) UNDER SEAL |

On the motion of Alejandro Toledo, and good cause appearing, IT IS HEREBY ORDERED that Exhibit C to the Opposition to Motion for Remand, and its included attachments, be filed under seal.

IT IS SO ORDERED.

Dated:   10/25/2021

_____
HONORABLE THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE