**~~PROPOSED~~ ORDER/COVER SHEET**

TO: The Honorable Thomas S. Hixson         RE: Alejandro TOLEDO-MANRIQUE
    U.S. Magistrate Judge

FROM: Silvio Lugo, Chief         Docket No.: 3:19-mj-71055-MAG-1
      U.S. Pretrial Services Officer

Date: April 5, 2022

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Nelson G. Barao, Specialist                     510-637-3758

U.S. Pretrial Services Officer                  TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[✓] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

   A.

   B.

   C.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____

_____

_____      AApril 5, 2022
JUDICIAL OFFICER                     DATE
Thomas S. Hixson, U.S. Magistrate Judge