JODI LINKER
Federal Public Defender
Northern District of California
GRAHAM ARCHER
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:   (510) 637-3507
Email:         Graham_Archer@fd.org

Counsel for Defendant ALEJANDRO TOLEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF ALEJANDRO TOLEDO MANRIQUE. | Case No. 19-mj-71055 TSH<br><br>**UNOPPOSED MOTION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR MOTION TO DENY EXTRADITION** |

Alejandro Toledo Manrique, by and through Assistant Federal Public Defender Graham Archer, hereby moves the Court, unopposed, to modify his release conditions to permit him be away from home overnight from April 6, 2022 to April 7, 2022 for a family medical matter. Dr. Toledo has provided the details of the overnight stay to United States Pretrial Services Officer Nelson Barao, who has no objection to the modification. Defense counsel has conferred with AUSA Kyle Waldinger, who does not object to the modification.

1
2    Dated:    April 6, 2022                    Respectfully submitted,
3
                                                JODI LINKER
4                                               Federal Public Defender
5
                                                         /S
6                                               ─────────────────────────────
                                                GRAHAM ARCHER
7                                               Assistant Federal Public Defender
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Alejandro Toledo's conditions of release are modified to permit him to leave home overnight from April 6, 2022 until April 7, 2022.

All other conditions of release remain in effect.

IT IS SO ORDERED.

Dated:

_____
THE HONORABLE THOMAS S. HIXSON
United States Magistrate Judge