FILED

Aug 30 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**~~PROPOSED~~ ORDER/COVER SHEET**

TO:     **The Honorable Thomas S. Hixson**          RE:    **Alejandro TOLEDO-MANRIQUE**
        **U.S. Magistrate Judge**

FROM:   **Silvio Lugo, Chief**                      Docket No.:    **3:19-mj-71055-MAG-1**
        **U.S. Pretrial Services Officer**

Date:   **August 30, 2022**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Nelson G. Barao, Specialist                              510-637-3758

**U.S. Pretrial Services Officer**                   **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☑  I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐  Inform all parties concerned that a Bail Review Hearing will be conducted by:
   Magistrate Judge _____ Presiding  District Court Judge _____

☐  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐  Modification(s)

   A.

   B.

   C.

☐  Bail Revoked/Bench Warrant Issued.

☐  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐  Other Instructions:

   _____

   _____

**JUDICIAL OFFICER**                                 8/30/2022
                                                     **DATE**
Thomas S. Hixson
Unites States Magistrate Judge