JODI LINKER
Federal Public Defender
Northern District of California
TAMARA CREPET
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA  95113
Telephone:  (408) 291-7753
Facsimile:   (408) 291-7399
Email:         Tamara_Crepet@fd.org

Counsel for  TOLEDO-MANRIQUE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs<br><br>ALEJANDRO TOLEDO-MANRIQUE,<br><br>Defendant. | Case No.:  19-mj-71055 MAG<br><br>**NOTICE OF SUBSTITUION OF COUNSEL** |

Pursuant to Criminal Local Rule 44-2 (a), undersigned counsel, Assistant Federal Public Defender Tamara Crepet, enters her general appearance as lead counsel for defendant.  Please terminate Assistant Federal Public Defender Graham Archer as lead counsel.  Counsel's contact information is listed above.

Dated:  September 20, 2022          Respectfully submitted,


/S_____
TAMARA CREPET
Assistant Federal Public Defender

NOTICE OF SUBSTITUTION OF COUNSEL

1