JODI LINKER
Federal Public Defender
TAMARA A. CREPET
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Tamara_Crepet@fd.org

Counsel for Defendant TOLEDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re the Extradition of<br><br>ALEJANDRO TOLEDO MANRIQUE | No. 19-MJ-71055 TSH<br><br>UNOPPOSED MOTION AND [PROPOSED] ORDER TEMPORARILY MODIFYING CONDITIONS OF PRETRIAL RELEASE<br><br>Judge: Hon. Thomas S. Hixson |

Defendant Alejandro Toledo, by and through counsel, respectfully requests that the Court temporarily modify his conditions of pretrial release to allow his curfew to be extended from 10:00 p.m. the evening of December 24, 2022 to 2:00 a.m. the morning of December 25, 2022. The reason for the request is that Mr. Toledo would like to attend a 9:00 p.m. dinner hosted by a former colleague in Los Altos, California.

Counsel for Mr. Toledo has conferred with Pretrial Services Officer Nelson Barao and Assistant United States Attorney Kyle Waldinger, and they do not object to this modification.

Dated: December 23, 2022                    JODI LINKER
                                            Federal Public Defender

                                            /s/_____
                                             TAMARA CREPET
                                            Assistant Federal Public Defender

Motion to Temporarily Modify Conditions of Pretrial Release
19-MJ-71055 TSH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] **ORDER**

GOOD CAUSE APPEARING, upon the unopposed motion of Defendant Alejandro Toledo, IT IS HEREBY ORDERED that Mr. Toledo's conditions of pretrial release shall be modified to extend his curfew from 10:00 p.m. on December 24, 2022 to 2:00 a.m. on December 25, 2022.

All other conditions to remain in full effect.

IT IS SO ORDERED.


DATED: _____      _____
                        THE HONORABLE THOMAS S. HIXSON
                        United States Magistrate Judge