UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF ALEJANDRO TOLEDO MANRIQUE | Case No. 19-mj-71055-MAG-1 (TSH)<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 211 |
|---|---|

The government has moved to revoke Alejandro Toledo's bail. ECF No. 211. The Court orders Toledo to file a response by March 1, 2023. The government may file a reply brief no later than March 6, 2023.

**IT IS SO ORDERED.**

Dated: February 23, 2023

THOMAS S. HIXSON
United States Magistrate Judge