ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
Assistant United States Attorney

    450 Golden Gate Ave., 11th Fl.
    San Francisco, California 94102-3495
    Telephone: (415) 436-6830
    Email:  Kyle.Waldinger@usdoj.gov

REBECCA A. HACISKI (DCBN 996656)
Acting Associate Director

    Office of International Affairs
    Criminal Division
    U.S. Department of Justice
    1301 New York Avenue NW
    Washington, D.C. 20530
    Telephone: (202) 616-2534
    Email:  Rebecca.Haciski@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF ALEJANDRO TOLEDO MANRIQUE | CASE NO.  3-19-71055 TSH<br><br>NOTICE REGARDING DENIAL OF APPELLATE STAY MOTION |

    The United States previously filed a Renewed Motion to Revoke Bail and Remand to Custody, in light of the Secretary of State's decision to surrender Toledo to Peru. DE 211.  The Court held a hearing on March 9, 2023.  At that hearing, the Court indicated that it would take no action on the Motion in light of the fact that Toledo's motion to stay his extradition remained pending before the Ninth Circuit.  DE 218.  The Court nevertheless indicated that it would take action if Toledo's stay motion were denied. *Id.*  The Court requested that the parties inform it of any ruling by the Ninth Circuit. *Id.*

1     Accordingly, the United States files this Notice to advise the Court that, earlier today, the panel that is considering Toledo's appeal issued its Order denying Toledo's stay motion. Although the panel found that Toledo had shown irreparable harm, it also found that he had failed to show likelihood of success on the merits or that the public interest favored the stay. The Ninth Circuit's Order is attached hereto as **Exhibit 1**.

    For these reasons, and for the reasons set forth in the United States' prior pleadings, the Court should revoke its order releasing Toledo on bail and should remand him to the custody of the United States Marshals Service forthwith. Once Toledo is in custody, the United States will arrange to execute his surrender to Peruvian authorities expeditiously thereafter, assuming that no legal impediments thereto then exist.[1]

    Undersigned counsel advised counsel for Toledo that the United States would be filing this Notice. Counsel for Toledo requested the United States communicate to the Court that they believe that the Ninth Circuit's order is temporarily stayed under Federal Rule of Appellate Procedure 41, and that they would be filing a motion for a brief additional stay out of an abundance of caution, all purportedly in order to enable Toledo to seek *en banc* reconsideration of the panel's Order. The United States intends to oppose any such motion.

DATED: April 5, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

    /s/
KYLE F. WALDINGER
Assistant United States Attorney

REBECCA A. HACISKI
Acting Associate Director
Office of International Affairs

---

[1] The U.S. District Court for the District of Columbia denied Toledo's motion for a temporary restraining order and preliminary injunction on March 28, 2023. *See* Order, *Toledo v. U.S. Dep't of State*, No. 23-627, Dkt. No. 12 (D.D.C. Mar. 28, 2023).