ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
Assistant United States Attorney

    450 Golden Gate Ave., 11th Fl.
    San Francisco, California 94102-3495
    Telephone: (415) 436-6830
    Email:  Kyle.Waldinger@usdoj.gov

REBECCA A. HACISKI (DCBN 996656)
Acting Associate Director

    Office of International Affairs
    Criminal Division
    U.S. Department of Justice
    1301 New York Avenue NW
    Washington, D.C. 20530
    Telephone: (202) 616-2534
    Email:  Rebecca.Haciski@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF ALEJANDRO TOLEDO MANRIQUE | CASE NO. 3-19-71055 TSH<br><br>NOTICE REGARDING DENIAL OF PETITIONS FOR PANEL REHEARING AND REHEARING EN BANC, AND EXPIRATION OF APPELLATE STAY |

    On April 5, 2023, upon the Ninth Circuit's denial of Alejandro Toledo's motion to stay his extradition to Peru, this Court issued an order of commitment for the U.S. Marshal to take Toledo into custody. DE 221.

    On April 6, 2023, the Ninth Circuit issued an order staying Toledo's extradition for fourteen (14) days in order to give Toledo the opportunity to seek reconsideration of the denial of the stay motion by the panel or the en banc court. *Manrique v. Kolc*, 22-15705, DE 53.  In light of the Ninth Circuit's April

NOTICE RE: DENIAL OF PETITIONS FOR REHEARING
CASE NO. 3-19-71055 TSH

6 order, this Court vacated its April 5 order of commitment and ordered the U.S. Marshal not to take Toledo into custody.  DE 224.

On April 13, 2023, Toledo filed his Motion for Panel and En Banc Reconsideration in the Ninth Circuit.  *Manrique v. Kolc*, 22-15705, DE 55.  Briefing on Toledo's motion was completed today, *id.*, DE 56 & 57, and earlier this afternoon, the Ninth Circuit issued an order denying the motion.  *Id.*, DE 58.

Because the Ninth Circuit has now denied Toledo's petitions for rehearing, because the Ninth Circuit's April 6 order staying extradition will expire at midnight on April 20, 2023, and because there will then be no legal impediments to Toledo's extradition to Peru, the Court again should issue an order of commitment remanding Toledo to the custody of the U.S. Marshal forthwith.  Once Toledo is in custody, the United States will arrange to execute his surrender to Peruvian authorities expeditiously thereafter, assuming that no legal impediments thereto then exist.

DATED:  April 18, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

    /s/
KYLE F. WALDINGER
Assistant United States Attorney

REBECCA A. HACISKI
Acting Associate Director
Office of International Affairs